

| AO 10 Rev. 1/2007 |
|---|

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) Hall, Cynthia H | 2. Court or Organization Ninth Circut Court of Appeals | 3. Date of Report 06/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  125 S. Grand Avenue, Suite 603 Pasadena, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

RECEIVED 2007 JUN 19 A 11: 04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 06/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

$\boxed{\text{X}}$   NONE *(No reportable non-investment income.)*

|  DATE  |  SOURCE AND TYPE  |  INCOME<br>(yours, not spouse's)  |
|---|---|---|

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\boxed{\text{X}}$   NONE *(No reportable non-investment income.)*

|  DATE  |  SOURCE AND TYPE  |
|---|---|

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\boxed{\text{X}}$   NONE *(No reportable reimbursements.)*

|  SOURCE  |  DESCRIPTION  |
|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 06/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 06/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LBO INVESTMENT PARTNSERSHIP | A | Interest | K | T | | | | | |
| 2. BANK OF AMERICA PASADENA, CA CHECKING | A | Interest | J | T | | | | | |
| 3. BREITBURN ENERGY CO | A | Royalty | J | W | | | | | |
| 4. PUBLIC STORAGE INC | | | | | | | | | Note #1 on Part VIII |
| 5. SOVRAN SELF STORAGE | | | | | | | | | Note #1 on Part VIII |
| 6. NEW PERSPECTIVE FUND INC | E | Dividend | O | T | | | | | |
| 7. FUNDAMENTAL INVESTORS INC | F | Dividend | P1 | T | | | | | |
| 8. EURO PACIFIC GROWTH FUND | E | Dividend | O | T | | | | | |
| 9. WORLD FDS INC | | None | | | SELL | 12/06 | J | B | |
| 10. VANGUARD INDEX | A | Dividend | | | SELL | 11/07 | N | F | |
| 11. EMDEON CORPORATION | | None | | | SELL | 01/03 | J | | |
| 12. | | | | | SELL | 12/11 | J | | |
| 13. MONEY MARKET (Ameritrade) | B | Interest | M | T | | | | | |
| 14. GOLDMAN SACHS GRP | A | Dividend | | | SELL | 12/06 | J | C | |
| 15. MORGAN ST COM | A | Dividend | | | SELL | 12/06 | J | A | |
| 16. LANOPTICS LTD | | None | J | T | | | | | |
| 17. JONES APPAREL GROUP INC | A | Dividend | | | SELL | 5/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 06/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MTR GAMING GROUP INC | | None | | | SELL | 12/06 | J | | |
| 19. IRA (AT) (In Aggregate) NUVEEN QUAL PREF INC FUND | | | | | | | | | Note #1 on Part VIII |
| 20. (Ameritrade) NEW CENTURY FIN CORP COM | A | Dividend | | | SELL | 12/06 | J | B | |
| 21. UST INC COM | A | Dividend | | | SELL | 12/06 | K | D | |
| 22. COUNTRYWIDE FINANCIAL CORP COM | A | Dividend | | | SELL | 12/06 | J | C | |
| 23. FEDERAL HOME LOAN MTG CORP COM | A | Dividend | | | SELL | 12/06 | J | B | |
| 24. OCCIEDENTAL PETE CORP DEL COM | A | Dividend | | | SELL | 12/06 | J | C | |
| 25. QUICKSILVER INC COM | | None | | | SELL | 12/06 | J | B | |
| 26. VICRO MFG CO COM | | None | J | T | | | | | |
| 27. IRA (AT) (In Aggregate) NUVEEN PREF & CONV INC FUND 2 | | | | | | | | | Note #1 on Part VIII |
| 28. IRA (AT) (In Aggregate) PREFERREDPLUS TRUST COOPER | | | | | | | | | Note #1 on Part VIII |
| 29. K-SWISS | A | Dividend | | | SELL | 12/06 | J | B | |
| 30. PHOENIX FOOTWEAR GROUP | | None | J | T | | | | | |
| 31. SARA LEE | A | Dividend | | | SELL | 12/06 | J | | |
| 32. SUNCOR INC | A | Dividend | | | SELL | 12/06 | J | D | |
| 33. PLUM CREEK TIMBER | A | Dividend | | | SELL | 12/06 | J | A | |
| 34. ALCOA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Cynthia H | 06/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PAULA FINANCIAL | A | Dividend | | | SELL | 12/06 | J | A | |
| 36. AMERICAN PHYSICIANS SVCS | A | Dividend | | | SELL | 12/06 | J | B | |
| 37. VANGUARD CALIF TAX FREE - INSD L TRM | F | Dividend | P1 | T | | | | | |
| 38. VANGUARD CALIF TAX FREE - CALIF MONEY MKT | E | Dividend | O | T | | | | | |
| 39. HANSEN NATURAL CORP | | None | | | SELL | 12/06 | K | D | |
| 40. IRIS INTERNATIONAL INC COM | | None | | | SELL | 12/06 | J | | |
| 41. IRA AMERITRADE (AGGREGATE) | C | Dividend | L | T | | | | | Note #1 on Part VIII |
| 42. IRA (AT) (In Aggregate) MONEY MARKET FUND | | | | | | | | | Note #1 on Part VIII |
| 43. CITIGROUP INC COM | A | Dividend | J | T | BUY | 4/25 | J | | |
| 44. BEAR STEARNS TEMP FUND (Western) | B | Dividend | N | T | OPENED | 11/15 | M | | |
| 45. HANESBRAND INC. COM (Spinoff of Sara Lee) | A | Dividend | | | SPIN OFF | 9/06 | J | | |
| 46. | | | | | SELL | 12/06 | J | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

#1) On part VII, the dividens and market value for all cash and securities of lines 4 (PUBLIC STORAGE INC), 5 (SOVRAN SELF STORAGE), 19 (IRA AT In Aggregate NUVEEN QUAL PREF INC FUND), 27 (IRA AT In Aggregate NUVEEN PREF & CONV INC FUND 2), 28 (IRA AT In Aggregate PREFERREDPLUS TRUST COOPER), and 42 (IRA AT In Aggregate MONEY MARKET FUND) are presented in aggregate under line 41 (IRA AMERITRADE AGGREGATE).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _____ 6-14-07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544